■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENIO PICHARDO, Appellant. [722 NYS2d 866] —Judgment, Supreme Court, New York County (John Bradley, J.), rendered August 17, 1998, convicting defendant, upon his plea of guilty, of burglary in the first degree, and sentencing him, as a second violent felony offender, to a term of 10 years, unanimously affirmed.

Defendant's unauthorized departure from a drug program, without notice to his attorney or the court, coupled with his failure to return to court voluntarily after learning that a bench

warrant had been issued, violated his plea agreement and justified a 10-year term under the provisions of that agreement (*see, People v Figgins*, 87 NY2d 840). Concur—Mazzarelli, J. P., Andrias, Saxe, Buckley and Friedman, JJ.